# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARLANIA ELLIS                                    PLAINTIFF

v.                       No. 3:19-cv-258-DPM

JOSEPH RICHARDSON and
M&M BEDDING LLC                        DEFENDANTS

## ORDER

The Court notes the defendants' notice of removal, № 1. But there is some jurisdictional fogginess. "[A]n LLC's citizenship is that of its members[.]" *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). The notice is unclear about the citizenship of M&M Bedding's members. Who are they and where are they domiciled? Does complete diversity exist? Notice (joint or separate) due by 8 October 2019.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2019