# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARLANIA ELLIS**                                                              **PLAINTIFF**

v.                              No. 3:19-cv-258-DPM

**JOSEPH RICHARDSON and**
**M&M BEDDING LLC**                                                    **DEFENDANTS**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 15 November 2019 to enforce the settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 October 2019